# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

XINYUE HIPPE,
          Plaintiff,

     v.                                        Case No. 25-cv-596

RETENTION BRANDS, LLC,
          Defendant.

_____

## ORDER

Plaintiff Xinyue Hippe commenced this action alleging that defendant Retention Brands, LLC, violated her rights under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, by failing to make a website it owns and operates (Birchbox.com) accessible to visually impaired users like plaintiff. Defendant, despite service, never responded to the complaint. On June 23, 2026, I granted default judgment including plaintiff's motion for a permanent injunction. However, I also found that plaintiff's brief in support of default judgment included several fabricated and inaccurate citations. As a result, I ordered plaintiff's counsel to show cause why he should not be sanctioned by forfeiture of attorneys' fees and costs.

On July 14, 2026, plaintiff's counsel responded to the order to show cause. Counsel did not specifically address whether the deficient citations were caused by Artificial Intelligence use. However, he indicated he "utilized legal research and drafting tools to assist in the drafting process," which resulted in unverified legal citations. ECF No. 15-1 at 1. I find counsel's explanation thorough, honest, and reasonable. I also appreciate counsel's representation that both he and his law firm have taken steps to ensure this does not occur again in the future. Although personal verification of every

authority cited should have always been standard procedure rather than a new policy now implemented, I appreciate that counsel and his firm will undertake this process going forward. I also recognize that while the citations were inaccurate, the legal premises of the citations were not. Therefore, I am satisfied with counsel's response.

Plaintiff has withdrawn any request for attorneys' fees and costs. I agree that this is punishment enough and will not further sanction counsel. *See Dec v.* Mullin, 171 F.4th 940, 946–948 (7th Cir. 2026). I hope counsel takes this learning experience to heart.

For these reasons, **IT IS ORDERED** that plaintiff will not be awarded attorneys' costs and fees. No further sanctions will be imposed. The Clerk of Court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of July, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge

2