# United States District Court

### EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

XINYUE HIPPE,
      Plaintiff,

    v.                                  CASE NUMBER: 25-cv-596

RETENTION BRANDS LLC,
      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for default judgment is **GRANTED.** A permanent injunction is entered against defendant. Plaintiff is not awarded attorneys' fees and costs.

| | |
|---|---|
| 7/15/2026 |  Linda M. Klemm |
| Date | Clerk |
| | |
| | /s Alexis H. |
| | (By) Deputy Clerk |